JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SOLORZANO,<br><br>    Plaintiff,<br>now<br>ANNETTE R. SOLORZANO,<br><br>    Plaintiff<br><br>v.<br><br>MCLANE COMPANY, INC.,<br>MCLANE/SUNEAST, INC., and<br>DOES 1 THROUGH 50,<br><br>    Defendants. | NO.  ED-CV-09-01433-RHW-(Ex)<br><br>**ORDER OF DISMISSAL** |

Before the Court is Defendants' Notice of Voluntary Dismissal (Ct. Rec. 26). Based on the minutes of the settlement conference before Magistrate Judge Eick (Ct. Rec. 25), it appears that the parties have reached a settlement.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned matter is **dismissed**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 3rd day of February, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\Temp\notesFFF692\subst.ord.wpd

**ORDER OF DISMISSAL** * 1